UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
REILS FINANCE SVP,                                                :
:
                         Plaintiff,                    :
:      22-CV-7280 (JMF)
     -v-                                                          :
:      ORDER
CIP 1300 U STREET OWNER, LLC, and ROBERT W.  :
CLIPPINGER,                                                       :
:
                       Defendants.                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the upcoming Show Cause hearing scheduled for December 8, 2022, *see* ECF No. 36, the initial pre-trial conference scheduled for December 1, 2022, at 9 a.m., *see* ECF No. 8, is hereby ADJOURNED *sine die*. Plaintiff shall serve a copy of this Order on Defendants by regular mail within one business day.

       SO ORDERED.

Dated: November 18, 2022
       New York, New York
                                               _____
                                                JESSE M. FURMAN
                                               United States District Judge