UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
REILS FINANCE SPV,                                                   :
:
:
Plaintiff,                                :
:         22-CV-7280 (JMF)
-v-                                                :
:              ORDER
:
CIP 1300 U STREET OWNER, LLC, and ROBERT W.                          :
CLIPPINGER,                                                          :
:
Defendants.                                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The default judgment hearing scheduled for **February 2, 2023,** at **3:45 p.m.** is hereby RESCHEDULED to **February 1, 2023, at 3:00 p.m.**  It will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: January 23, 2023
      New York, New York                                   JESSE M. FURMAN
                                                                   United States District Judge