UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REILS FINANCE SPV<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CIP 1300 U STREET OWNER, LLC, and ROBERT W. CLIPPINGER,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:22-cv-07280-JMF<br><br>[PROPOSED] DEFAULT JUDGMENT |

**THIS MATTER**, having been brought before the Court upon the motion of White and Williams LLP, attorneys for Plaintiff REILS Finance SPV (the "Plaintiff"), seeking default judgment against Defendants CIP 1300 U Street Owner, LLC and Robert W. Clippinger (collectively, the "Defendants"); and the Court having considered the moving papers, and timely opposition thereto and oral argument, if any; and good cause having been shown,

**IT IS**, on this 1 day of February, 2023, 2022,

**ORDERED** that Plaintiff's Motion for Default Judgment against Defendants be and hereby is **GRANTED IN ITS ENTIRETY**; and it is further

**ORDERED** that judgment is hereby entered in favor of Plaintiff and against Defendants on all claims set forth in Plaintiff's Third Amended Complaint (ECF No. 51) [ECF Doc. No. 10]; and it is further

**ORDERED** that judgment in the amount of $6,134,031.45, plus interest at the rate of 9% from October 3, 2022, is hereby entered in favor of Plaintiff and against Defendants, jointly and severally; and it is further

29715125v.1

-2-

**ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days from the date of entry hereof.  The Clerk of Court is direct to terminate ECF No. 20 and to close this case.

SO ORDERED.

Dated: New York, New York
       February 1, 2023 , ~~2022~~

_____
HON. JESSE M. FURMAN
United States District Judge